IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | No. 97 CR 516 |
| ) | |
| JAMES SKRZYPEK, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

Defendant James Skrzypek was granted leave by the Court of Appeals to file a brief supplemental to that filed by his appointed counsel. He then moved in the Court of Appeals to compel production of material to assist in his appeal, primarily relating to a search on July 23, 1997. While that motion was pending, he requested Michael Dobbins, Clerk, on April 14, 2006, for copies of those materials, and that request was referred to this court.

We treat the request as a motion. The Court of Appeals denied the motion to compel on April 18, 2006, with a direction that the supplemental brief not refer to documents outside of the record on appeal. We do not understand that anything was omitted by error or accident, and we believe that the motion was properly addressed to the Court of Appeals pursuant to Federal Rule of Appellate Procedure 10(e)(3). That court has ruled. We deny the motion.

JAMES B. MORAN
Senior Judge, U. S. District Court

April 24, 2006.